NO. SCWC-30154

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

A'OPOHAKUKU RODENHURST, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30154; CASE NO. 1DTC-09-062844)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Duffy, J., for the court[1])

Petitioner/Defendant-Appellant A'oPohakuku Rodenhurst's application for writ of certiorari, filed on November 16, 2010, is hereby rejected.

DATED: Honolulu, Hawai'i, December 14, 2010.

FOR THE COURT:

/s/ James E. Duffy, Jr.

Associate Justice



A'oPohakuku Rodenhurst
petitioner/defendant-
appellant *pro se*
on the application

Delanie D. Prescott-Tate,
Deputy Prosecuting Attorney,
for respondent/plaintiff-
appellee on the response

---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ. and Circuit Judge To'oto'o, assigned by reason of vacancy.